# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                         :   NO. 906

REAPPOINTMENT TO THE        :   SUPREME COURT RULES DOCKET
PENNSYLVANIA BOARD OF LAW    :
EXAMINERS                  :

## <u>ORDER</u>

**AND NOW**, this 2nd day of February, 2022, Leslie A. Collins, Esquire, Bucks County, is hereby reappointed as a member of the Pennsylvania Board of Law Examiners for a term of three years, commencing April 1, 2022.